### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DMITRII ZVONAREV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1757-J** |
| | ) | |
| **CHRIS GANTT, WARDEN, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER TO CURE DEFICIENCIES</u>

The Court has received the habeas corpus petition filed by counsel Vano Haroutunian on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Counsel also has not filed his entry of appearance as required by LCvR83.4.

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3 and enter his appearance under LCvR83.4 by **July 21, 2026,** or the Court may deem him withdrawn as counsel for Petitioner in this action.

**SO ORDERED** this 17th day of July, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2